UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE IRIGOYEN, personally and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROKERS CONDUIT, ELS INC., JP MORGAN CHASE BANK, N.A., CHASE HOME FINANCE, LLC, U.S. BANK NATIONAL ASSOCIATION, J.P. MORGAN ALTERNATIVE LOAN TRUST, 2007-A2, CALIFORNIA RECONVEYANCE COMPANY, AND NORTHWEST TRUSTEE SERVICES, INC.,<br><br>Defendants. | CASE NO. 1:11-CV-1228 AWI BAM<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 7, 2011 AND TAKING MATTER UNDER SUBMISSION |

Defendant J.P. Morgan Chase Bank has made a motion to dismiss for failure to state a claim. Doc. 13. In the interim, Plaintiff Bernadette Irigoyen has filed for bankruptcy and has lost standing to pursue this suit. Doc. 15. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November

7, 2011, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue a decision.

IT IS SO ORDERED.

Dated:     November 3, 2011                                              /s/ signature
                                                                    CHIEF UNITED STATES DISTRICT JUDGE